AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Magner, Elizabeth W. | 2. Court or Organization<br><br>Bankruptcy Court, ED La. | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>500 Poydras St. Ste B-741B<br>New Orleans, La. 70130-3310 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 ▉ Trust |
| 2. | Trustee | Trust #2 ▉ Trust |
| 3. | Trustee | Trust #3 ▉ Testmentary Trust ▉ |
| 4. | Trustee | Trust #4 ▉ Testementary Trust ▉ |
| 5. | Trustee | Trust #5 ▉ Testemantary Trust ▉ |
| 6. | Executrix | Succession of ▉ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Partner, Jones, Walker, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference of Trial Attorneys | May 29, 2018 | New Orleans, La | Entertainment | Lunch |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hancock/Whitney National Bank | Construction line of credit | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Real property; Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | C | Dividend | M | T | | | | | |
| 3. Trust #1 income and principal beneficiary- Guardian Life Ins. | A | Interest | N | T | | | | | |
| 4. Whitney National Bank Accounts | | None | L | T | | | | | |
| 5. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 6. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 7. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 8. Berkshire Hathaway, Inc. common stock | | None | N | T | | | | | |
| 9. Real property Union City, TN 25%; 3/7/2014 | D | Rent | M | Q | | | | | |
| 10. | | | | | | | | | |
| 11. WHITNEY Investment Account | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. Fidelity Gov't MMKT Capital Reserves f/k/a Prime Capital Fund Reserves | B | Interest | K | T | | | | | |
| 14. -Harris Cnty Tex Mun Util Dist No 165 | C | Interest | M | T | | | | | |
| 15. -Sienna Plantation Mun Util Dist No 10 | C | Interest | M | T | | | | | |
| 16. -Pasco Cnty Fla Sch Brd Ctfs Partn COPS | B | Interest | L | T | | | | | |
| 17. -Thomasvillse NC Comb Enterprise Sys Rev | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Personal Raymond James IRA Rollover | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. -Am Bal FD CL F2 Am Funds | C | Int./Div. | L | T | Sold (part) | 01/04/18 | L | B | |
| 22. | | | | | Sold (part) | 12/10/18 | J | A | |
| 23. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 24. | | | | | | | | | |
| 25. -Am Cap FD CL F2 Am Funds | B | Int./Div. | K | T | Buy (add'l) | 05/09/18 | J | | |
| 26. | | | | | | | | | |
| 27. -Growth Fd Of America CL 2- American Funds | C | Int./Div. | K | T | Buy | 01/04/18 | K | | |
| 28. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 29. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 30. | | | | | | | | | |
| 31. -Am Mutual Fund Cl A | B | Int./Div. | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. -Capital Inc Builder DF CL A | A | Int./Div. | J | T | Sold (part) | 05/07/18 | K | A | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Inc FD of AM CL A | B | Int./Div. | J | T | Sold (part) | 02/05/18 | J | A | |
| 36. | | | | | Sold (part) | 05/07/18 | K | B | |
| 37. | | | | | | | | | |
| 38. -Eaton Vance Atl Cap SMID Cap | B | Int./Div. | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. -Euro Pacific Frowth FD CL F2 Am Funds | A | Int./Div. | | | Sold (part) | 04/25/18 | J | A | |
| 41. | | | | | Sold | 11/09/18 | K | B | |
| 42. | | | | | | | | | |
| 43. -Fundamental Investor FD CL F2 Am Funds | B | Int./Div. | K | T | Buy | 05/09/18 | K | | |
| 44. | | | | | | | | | |
| 45. -Investment Co of Am CL F@ Am Funds | C | Int./Div. | K | T | | | | | |
| 46. | | | | | | | | | |
| 47. -New Perspective Fd Cl F2 Am Funds | B | Int./Div. | K | T | Sold (part) | 05/07/18 | J | B | |
| 48. | | | | | | | | | |
| 49. -New World Fd Cl A Am Funds | A | Int./Div. | J | T | Buy (add'l) | 05/09/18 | J | | |
| 50. | | | | | | | | | |
| 51. -Sm Cap World FD CL 2, am Funds | A | Int./Div. | J | T | Buy | 05/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54.  -Raymond JamesBank Deposit Program | A | Interest | J | T | Buy | 05/07/18 | K | | |
| 55. | | | | | Sold (part) | 05/09/18 | K | A | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58.  Personal Raymond James Account #1 | | | | | | | | | |
| 59. | | | | | | | | | |
| 60.  -Am Bal Fund CL F2 Am Funds | C | Int./Div. | L | T | | | | | |
| 61. | | | | | | | | | |
| 62.  -Am Cap Fund Cl F2, American Funds | B | Int./Div. | J | T | Buy | 01/04/18 | J | | |
| 63. | | | | | | | | | |
| 64.  -Eaton Vance Atl Cap SMID Am Funds CL I f/k/a CL A | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |
| 66.  -Euro Pacific Growth Fd Cl F2 Am Funds | A | Dividend | | | Sold | 11/09/18 | J | A | |
| 67. | | | | | | | | | |
| 68.  -Investment Co of Am CL F2 Am Funds | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70.   -Growth Fund of Am, American Funds | B | Int./Div. | K | T | Buy | 01/04/18 | K | | |
| 71. | | | | | | | | | |
| 72.   -New Economy Fd Cl F2 Am Funds | B | Int./Div. | K | T | | | | | |
| 73. | | | | | | | | | |
| 74.   -New Prespective Fd CL 2 Am Funds | B | Int./Div. | K | T | | | | | |
| 75. | | | | | | | | | |
| 76.   -New World Fund CL F2 Am Funds | A | Int./Div. | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79.   Raymond James Bank | A | Interest | K | T | Buy | 12/10/18 | J | | |
| 80. | | | | | | | | | |
| 81.   Raymond James Bond Account | | | | | | | | | |
| 82. | | | | | | | | | |
| 83.   -De Soto Parish La Sch Bd Sales & Use Tax Bonds 2022 | B | Interest | K | T | | | | | |
| 84. | | | | | | | | | |
| 85.   -La LOC Govt Env Facs & Cmnty Dev Auth Rev bonds 2020 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. -La St Univ College Bd Supervisors Rev Bonds 2010 | B | Interest | L | T | | | | | |
| 88. | | | | | | | | | |
| 89. -LA St Univ College Bd Supervisors Rev Bonds 2012 | C | Interest | M | T | | | | | |
| 90. | | | | | | | | | |
| 91. -Orleans Parish La Sch Dist G O Ref Bonds 2012 | B | Interest | | | Redeemed | 09/04/18 | L | D | |
| 92. | | | | | | | | | |
| 93. -Raymond James Bank Dep Program | A | Interest | | | Open | 02/28/18 | J | | |
| 94. | | | | | Buy (add'l) | 09/28/18 | L | | |
| 95. | | | | | | | | | |
| 96. 401(K) Jones Walker | D | Int./Div. | N | T | | | | | |
| 97. -FID Freedom K 2025 | D | Int./Div. | M | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

[        ] died on March 7, 2014. [            ], Trust #1 was funded with life insurance proceeds. I am an income & principal beneficiary as well as the trustee of that trust.

I am the trustee of Trust #2 which has no assets.

Reporting on Trusts 3-5 is no longer required. Reporting on Succession of [    ] is no longer required.

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth W. Magner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544